# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTHONY MCDADE,<br>　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　Defendant. | Case No. 17-cv-00763-JCS<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Pursuant to Civil Local Rule 16-5, Plaintiff Daniel Anthony McDade's motion for summary judgment in this action for review of a social security disability determination was initially due on July 6, 2017. On July 5, 2017, the parties submitted a stipulation to extend the deadline for McDade's motion to August 17, 2017 due to the death of McDade's counsel's wife, *see* dkt. 10, and the Court so ordered on July 10, 2017, *see* dkt. 11.

That extended deadline has passed and no motion has been filed. McDade is therefore ORDERED to show cause why this action should not be dismissed for failure to prosecute. The parties may respond to this order by filing either a joint stipulated schedule or separate responses no later than October 5, 2017. The Court finds the matter suitable for resolution without oral argument and declines to set a hearing.

**IT IS SO ORDERED.**

Dated: September 21, 2017

JOSEPH C. SPERO
Chief Magistrate Judge