UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTHONY MCDADE, Plaintiff, v. NANCY A. BERRYHILL, Defendant. | Case No. 17-cv-00763-JCS <br><br> **ORDER SEALING DOCUMENT FOR FAILURE TO COMPLY WITH RULE 5.2(a)** <br><br> Re: Dkt. No. 31 |

Plaintiff Daniel McDade filed as docket entry 31 a "fee waiver questionnaire" containing in response to question 18 the names of his two minor daughters. Pursuant to Rule 5.2(a) of the Federal Rules of Civil Procedure, public filings in federal court proceedings may identify minors only by their initials. Docket entry 31 is therefore SEALED. To complete the public record, McDade is ORDERED to file a redacted version of the questionnaire that complies with Rule 5.2(a) no later than December 3, 2018.

**IT IS SO ORDERED.**

Dated: November 26, 2018

JOSEPH C. SPERO
Chief Magistrate Judge